PER CURIAM.
The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 14, 2016, judgments and sentences in Case Nos. 2014-CF-2028, 2015-CF-38, 2015-CF-39, 2015-CF-59, 2015-CF-60, 2015-CF-61, 2015-CF-78, 2015-CF-79, 2016-CF-80, 2015-CF-81, and 2015-CF-82, in the Circuit Court in and for Hernando County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).
PETITION GRANTED.
SAWAYA and PALMER, JJ., and JACOBUS, B.W., Senior Judge, concur.